USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 21 2018

| D/ME Prob. 22 (Rev 03/13) | | DOCKET NUMBER (Trans. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | PACTS# 4862 |
| | | 2:08CR00134 - 001 |
| | | DOCKET NUMBER (Rec. Court) |

18 CRIM 437

| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Horacio Uffre Jr. | District of Maine | |
| c/o Cumberland County Jail | NAME OF SENTENCING JUDGE | |
| 50 County Way | Hon. D. Brock Hornby, U.S. District Judge | |
| Portland, ME 04102 | DATES OF PROBATION / SUPERVISED RELEASE | FROM 09/25/2017 | TO 09/24/2022 |

OFFENSE:   **JUDGE FAILLA**

21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846 - Conspiracy to Possess with Intent to Distribute Heroin and 50 Grams or More of Cocaine Base

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MAINE**     JUDGE FAILLA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Southern District of New York** upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 1, 2018
Date

Nancy Torrese     JUDGE FAILLA
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

JUN 21 2018
Effective Date

United States District Judge
HENRY PITMAN
United States Magistrate Judge
Southern District of New York